UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 3:23-cv-00318 |
| | § | |
| JOHN DOE subscriber assigned IP address 98.196.199.135, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 98.196.199.135, are voluntarily dismissed without prejudice.

Dated: May 09, 2024

Respectfully submitted,

By: */s/ Paul S. Beik*
Paul S. Beik
Beik Law Firm PLLC
917 Franklin Street, Suite 220
Houston, Texas 77002
Tel: (713) 869-6975
Fax: (713) 583-9169
paul@beiklaw.com
www.beiklaw.com

**ATTORNEY FOR PLAINTIFF,
STRIKE 3 HOLDINGS, LLC**